SeaweIíI Judge,
 

 delivered the opinion of the Court.
 

 At common law, Rape was a felony, but the
 
 offence
 
 was afterwards changed to a misdemeanor, before the statute of Westminster the 1st. By that statute, the
 
 punishment
 
 which then was castration and loss of eyes, was mitigated: but by the statute of Westminster the 2d, the offence was again changed to a felony, and hence, its present existence
 
 as a felony,
 
 is in virtue of that statute ; the indictment must therefore conclude
 
 contra formam slatuii.
 
 Lord Coke, Lord Hale, and Hawkins, all concur in the necessity of such a conclusion : and in second
 
 *389
 

 Institute
 
 180, a clear history of the offence is to beftnrd. It is true Mr.
 
 East,
 
 in his Crown Law, is of a contrary opinion, but we cannot feel ourselves justified, in so important a case, to depart from what has been by the great men above mentioned, considered in settled law, in complaisance to the opinion of any writer however respectable : more especially, as all the precedents have such a conclusion. The judgment must therefore stand arrested.